```
                                              FILED
                                           MISSOULA, MT

                                         2007 SEP 18 AM 8 02

                                           PATRICK E. DUFFY
                                         BY _____
                                             DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-14-BU-DWM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| STEVEN JAMES OLSEN, | ) | |
| Defendant. | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 28, 2007. Neither party objected and therefore they are not entitled to <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." <u>United States v. Syrax</u>, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Olsen's guilty

-1-

plea after Olsen appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to the charge of conspiracy to possess with intent to distribute cocaine and marijuana in violation of 21 U.S.C. § 846, as set forth in the Superseding Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (dkt #42) and I adopt them in full.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to change plea (dkt #35) is GRANTED.

DATED this ___ day of September, 2007.

Donald W. Molloy, Chief Judge
United States District Court